IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JUSTIN CHARLES ARNOLD, | : | |
| | : | Criminal Case No. |
| Petitioner, | : | **7:20-CR-11 (HL)** |
| | : | |
| VS. | : | 28 U.S.C. § 2255 Case No. |
| | : | **7:23-CV-143 (HL)** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER

Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 is before this Court for preliminary consideration as required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts. (Doc. 52). After preliminary examination of Petitioner's Motion, it does not appear that the Motion is subject to summary dismissal under Rule 4.

WHEREFORE, the United States Attorney is hereby ordered to file an Answer or other responsive pleadings pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, addressing Petitioner's claims within sixty (60) days of the date of this Order.

Petitioner is advised that his failure to keep the Clerk of Court informed as to any change of address may result in the dismissal of this action.

**SO ORDERED**, this 18th day of December, 2023.

s/ *Thomas Q. Langstaff*
UNITED STATES MAGISTRATE JUDGE