IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JUSTIN CHARLES ARNOLD, | * |
| Petitioner, | * |
| v. | Case No. 7:20-cr-11 (LAG-TQL) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of the Respondent.

This 9th day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk